UNITED STATES of America,
Plaintiff–Appellee,

v.

Leoditus A. SMITH, a/k/a Leo,
Defendant–Appellant.

No. 12–6536.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Leoditus A. Smith, Appellant Pro Se. Joseph Franklin Adams, Office of the United States Attorney, Huntington, West Virginia; Gary L. Call, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leoditus A. Smith appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith*, No. 3:09–cr–00158–6 (S.D.W.Va. Feb. 24, 2012).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*